No. 415, Misc. CONSTAS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *James H. Kline,* Deputy Attorney General, for respondent.

No. 432, Misc. BARNES v. KENTUCKY. Ct. App. Ky. Certiorari denied. *Robert Matthews,* Attorney General of Kentucky, and *John B. Browning,* Assistant Attorney General, for respondent.

No. 462, Misc. GONZALES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Gene Richie* for' petitioner. *Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, *R. L. Lattimore* and *Howard M. Fender,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for respondent.

No. 487, Misc. CROW v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Roger E. Venturi,* Deputy Attorney General, for respondent.

No. 491, Misc. WHITE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *George B. Newitt* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 617, Misc. FITZSIMMONS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *John E. Archibold* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.